IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CREDIT ACCEPTANCE CORPORATION                                        PLAINTIFF

v.                                      CIVIL ACTION NO. 1:17-cv-00040-GHD-DAS

ROBIE VANSTEENBURGH
a/k/a Robbie Vansteenburgh                                           DEFENDANT

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ARBITRATION

Pursuant to a memorandum opinion issued this day, the Court ORDERS that Plaintiff Credit Acceptance Corporation's motion to compel arbitration [6] is GRANTED; the matter is REFERRED TO ARBITRATION; and this case is DISMISSED.

SO ORDERED, this, the 11th day of October, 2017.

_____
SENIOR U.S. DISTRICT JUDGE